**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Stacey Postma,** | ) | **CASE NO. 1:11 CV 1703** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Michael J. Astrue,** | ) | **Judgment Entry** |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This Court, having ACCEPTED the Report and Recommendation ("R&R") of Magistrate Judge George J. Limbert (Doc. 22), recommending that the decision of the Commissioner be affirmed hereby enters judgment in favor of defendant and against plaintiff.

IT IS SO ORDERED.

     /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 9/7/12

1